**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARVIS BRYANT JENKINS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>    Defendants. | Case No. 7:23-cv-8421<br><br>PLAINTIFF'S NOTICE OF MOTION TO APPOINT INTERIM CO-LEAD COUNSEL |

### PLAINTIFF'S NOTICE OF MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

Plaintiff Jarvis Bryant Jenkins, individually and on behalf of all others similarly situated, moves this Court for an order appointing Bathaee Dunne LLP and Adhoot Wolfson, PC as interim co-lead counsel in the above-captioned matter and all related cases pursuant to Federal Rule of Civil Procedure 23(g)(3).

As set forth in the accompanying memorandum of law and supporting papers, proposed interim co-lead counsel Bathaee Dunne LLP and Adhoot Wolfson, PC satisfy the requirements of Federal Rule of Civil Procedure 23(g)(1)(A) for determining an interim class leadership appointment. The Court should enter an order appointing Bathaee Dunne LLP and Adhoot Wolfson, PC interim co-lead counsel in the above-captioned matter and all related cases.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/01/2024

**Plaintiff's motion is DENIED as moot in light of the consolidation of this case with *Malinowski v. International Business Machines Corporation et al.*, 23-cv-08421-NSR. Clerk of Court is requested to terminate the motion at ECF No. 6.**
**Dated: White Plains, NY**
       **May 1, 2024**

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dated: November 27, 2023

Respectfully submitted,

**AHDOOT WOLFSON, PC**

Tina Wolfson (NY 5436043)
twolfson@ahdootwolfson.com
Deborah De Villa (NY 5724315)
ddevilla@ahdootwolfson.com
521 Fifth Avenue | 17th Floor
New York, NY 10175
Tel (917) 336-0171
Fax (917) 336-0177

**BATHAEE DUNNE LLP**

/s/ Andrew Chan Wolinsky
Andrew Chan Wolinsky (NY 4892196)
awolinsky@bathaeedunne.com
Yavar Bathaee (NY 4703443)
yavar@bathaeedunne.com
Chang Hahn (NY 5921911)
chahn@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (NY 4605580)
bdunne@bathaeedunne.com
Edward M. Grauman (NY 4196390)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson Cross (*p.h.v. forthcoming*)
across@bathaeedunne.com
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626
Tel: (213) 462-2772